UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHANEKQUA SIMS,
    Plaintiff,

vs.                                                    Case No.: 3:21cv987/TKW/EMT

KIRSTYN LYNN BAISE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this action on August 26, 2021, by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). Plaintiff paid the filing fee in full (*see* ECF No. 2). On September 16, 2021, the undersigned entered an order advising Plaintiff that it was her responsibility to formally serve the complaint so the two named Defendants would have an opportunity to respond to the allegations set forth therein (ECF No. 4). In light of Plaintiff's pro se status, the undersigned provided information concerning service, including that service must be effected within 90 days or the case will be subject to dismissal (*id*.). The court referred Plaintiff to Fed. R. Civ. P. 4 and specifically cited Rule 4(m), including the following provision: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the

action without prejudice against that defendant or order that service be made within a specified time." (ECF No. 4 at 2).

More than ninety days passed after that order issued, and there was no indication Plaintiff had effected service of process on Defendants. The undersigned thus entered an order on January 5, 2022, directing Plaintiff to show cause, within thirty days, why this case should not be dismissed for failure to timely effect service of process (ECF No. 6). The undersigned warned that should Plaintiff fail to respond and show cause, "the undersigned will recommend, *without further notice*, that [this] action be dismissed" (*id*. at 2) (emphasis added). More than thirty days have elapsed, and Plaintiff has not responded in any manner to the order to show cause or otherwise shown that service of process has been effected.[1]

Accordingly, it respectfully **RECOMMENDED** that:

1. This action be **DISMISSED without prejudice** for Plaintiff's failure to timely effect service of process.

2. The clerk of court be directed to enter judgment accordingly and close this case.

---

[1] Indeed, Plaintiff has not filed anything with the court since August 26, 2021, the day she initiated this action.

Case No.: 3:21cv987/TKW/EMT

At Pensacola, Florida, this 9th day of February 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:21cv987/TKW/EMT