UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHANEKQUA SIMS,
    Plaintiff,

vs.                              Case No.: 3:21cv987/TKW/EMT

KIRSTYN LYNN BAISE, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff failed to timely serve Defendants. Accordingly, it is

**ORDERED** that the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order, and this case is **DISMISSED without prejudice** under Fed. R. Civ. P. 4(m). The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 7th day of March, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**